**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Marcus D. HINES, Defendant–Appellant.**

No. 06–20182
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Marcus D. Hines has requested leave to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hines has filed a response. Our independent review of counsel's brief, Hines's response, and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from fur-

---

ther responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.